### Friday, February 24, 1989

## MOTION DOCKET

**89-222.** State, ex rel. Shoemaker, v. Franklin County Court of Appeals. In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relator's motion for alternative writ, IT IS ORDERED by the court, effective February 22, 1989, that said motion be, and the same is hereby, granted and that respondents, Judges and Referees of the Franklin County Court of Appeals, show cause on or before March 14, 1989 as to why such a writ of prohibition should not issue.

Sweeney and H. Brown, JJ., dissent.

### Monday, March 6, 1989

## MERIT DOCKET

**89-346.** In re Application for Writ of Habeas Corpus ad Testificandum. In Habeas Corpus. This cause originated in this court upon the filing of a petition for a writ of habeas corpus. Upon consideration of the application of petitioner Joseph L. Colburn, Jr. for a writ of habeas corpus ad testificandum to permit petitioner to testify in D.D. 88-14, *Disciplinary Counsel* v. *Colburn,* IT IS ORDERED by the court that said application be, and the same is hereby, denied. See *In re Colburn* (1987), 30 Ohio St. 3d 141, 30 OBR 452, 507 N.E. 2d 1138.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

### Wednesday, March 8, 1989

## JURISDICTIONAL MOTIONS ALLOWED

**88-2014.** Swander Ditch Landowners Assn. v. Joint Bd. of Cty. Commrs. *Huron County,* No. H-87-35. On motion to certify, cross-motion to certify, and motion to dismiss. Motion and cross-motion to certify allowed. Motion to dismiss overruled.

Holmes, Wright and H. Brown, JJ., dissent.

John W. McCormac, J., of the Tenth Appellate District, sitting for Resnick, J.

## MISCELLANEOUS DISMISSALS

**88-2012.** Welser v. General Tel. Co. of Ohio. *Marion County,* No. 9-86-13. Cause dismissed, on application of counsel for both parties, effective February 27, 1989.

**88-2177.** Burress v. Park Cycle, Inc. *Stark County,* No. CA-7492. Cause dismissed, on application of counsel for appellant, effective February 28, 1989.

**89-21.** State v. Constant. *Lake County,* No. 12-232. *Sua sponte,* cause dismissed for want of prosecution, effective February 27, 1989.

**89-74.** Dayton Walther Corp. v. Specialized Carriers, Inc. *Scioto County,* No. 1702. Cause dismissed, on application of counsel for appellant, effective February 27, 1989.

**89-289.** Ohio Dept. of Mental Health Reimbursement Serv. v. Szuch. *Lucas County,* No. L-87-176. Cause dismissed, on application of counsel for appellant, effective February 27, 1989.

### Wednesday, March 15, 1989

## MERIT DOCKET

**89-173.** State, ex rel. Hemphill, v. Southern Ohio Correctional Facility. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**89-290.** Hill v. Morris. In Habeas Corpus. *Sua sponte,* cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**89-269.** State, ex rel. McWhorter, v. Wilson. In Habeas Corpus. *Sua sponte,* cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.